*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, GROSS, and BROWN
Appellate Military Judges

―――――――――――――

**UNITED STATES**
*Appellee*

**v.**

**Kamren J. BENSON**
Corporal (E-4), U.S. Marine Corps
*Appellant*

**No. 202500383**

―――――――――――――

Decided: 9 April 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Matthew M. Harris

Sentence adjudged 27 May 2025 by a general court-martial tried at Marine Air Ground Combat Center, Twentynine Palms, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 13 months, and a dishonorable discharge.

For Appellant:
*Captain Dillon J. Ambrose, JAGC, USNR*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.